PROB 12C-SUM
(05/21)

# UNITED STATES DISTRICT COURT
for
Western District of Washington

Petition for Warrant or Summons for Person Under Supervision

**Name:** Isaiah Thomas Willoughby  **Case Number:** 2:20CR00111JCC-001
**Name of Judicial Officer:** The Honorable John C. Coughenour, United States District Judge
**Date of Original Sentence:** 10/05/2022; Amended 10/19/2022  **Date of Report:** 08/23/2022
**Original Offense:** Conspiracy to Commit Arson
**Original Sentence:** 24 months' imprisonment; 3 years' supervised release
**Type of Supervision:** Supervised release  **Date Supervision Commenced:** 03/29/2022
 **Date Supervision Expires:** 03/28/2025
**Assistant United States Attorney:** Todd Greenberg  **Defense Attorney:** Dennis Carroll

**Special Conditions Imposed:**

☒ Substance Abuse    ☐ Financial Disclosure    ☒ Restitution: $500.00
☒ Mental Health      ☐ Fine                    ☒ Community Service
☒ Other: Moral Reconation Therapy, submit to search

## PETITIONING THE COURT

☒ To issue a warrant under seal
☐ To issue a summons

I allege Isaiah Thomas Willoughby has violated conditions of supervision by:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1. | Using alcohol on or about July 14, 2022, in violation of a special condition. |
| 2. | Failing to submit to drug testing on the following dates in violation of a mandatory condition:<br>• June 30, 2022<br>• July 6, 2022<br>• July 25, 2022<br>• August 12, 2022<br>• August 16, 2022 |
| 3. | Failing to obtain a substance use disorder assessment as instructed since April 26, 2022, in violation of a special condition. |
| 4. | Failing to pay towards restitution as instructed since June 30, 2022, in violation of a special condition. |
| 5. | Failing to report and reside at an approved residence since August 22, 2022, in violation of a standard condition. |

The Honorable John C. Coughenour, United States District Judge  Page 2
Petition for Warrant or Summons for Person Under Supervision  August 23, 2022

I incorporate by reference the information contained in the attached memorandum.

United States Probation Officer Recommendation:

☒ The term of supervision should be
　　☒ revoked.
　　☐ extended for ___ years, for a total term of ___ years.
☐ The conditions of supervision should be modified as follows:

☒ Detention pending final adjudication due to
　　☒ risk of flight.
　　☒ danger to community.

I swear under penalty of perjury that the foregoing is true and correct.

APPROVED:
Monique D. Neal
Chief United States Probation and Pretrial Services Officer

Executed on this 23rd day of August, 2022.

BY:

_____
Andrea G. Porter
United States Probation Officer

_____
Jennifer Van Flandern
Supervising United States Probation Officer

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

☒ The Issuance of a Warrant under seal
　 (conditions of supervision shall remain in effect pending final adjudication)
☐ The Issuance of a Summons
　 (conditions of supervision shall remain in effect pending final adjudication)
☐ Other

_____
Signature of Judicial Officer
August 23, 2022
　　　　　　Date