PROB 12C-SUP
(05/21)

# UNITED STATES DISTRICT COURT
for
Western District of Washington

Supplemental Violation

| | | |
|---|---|---|
| **Name:** Isaiah Thomas Willoughby | | **Case Number:** 2:20CR00111JCC-001 |
| **Name of Judicial Officer:** The Honorable John C. Coughenour, United States District Judge | | |
| **Date of Original Sentence:** 10/05/2022; Amended 10/19/2022 | | **Date of Report:** 10/06/2022 |
| **Original Offense:** Conspiracy to Commit Arson | | |
| **Original Sentence:** 24 months' imprisonment; 3 years' supervised release | | |
| **Type of Supervision:** Supervised release | | **Date Supervision Commenced:** 03/29/2022 |
| **Assistant United States Attorney:** Todd Greenberg | | **Defense Attorney:** Dennis Carroll |

**Special Conditions Imposed:**

☒ Substance Abuse        ☐ Financial Disclosure        ☒ Restitution: $500.00
☒ Mental Health          ☐ Fine                       ☒ Community Service
☒ Other: Moral Reconation Therapy, submit to search.

## PETITIONING THE COURT

☐     To issue a warrant under seal
☐     To issue a summons
☒     To incorporate the violation(s) contained in this petition in all future proceedings with the violation(s) previously reported to the court on August 23, 2022.

I allege Isaiah Thomas Willoughby has violated conditions of supervision by:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6. | Leaving the federal judicial district, the Western District of Washington, without prior permission from the probation officer, on or about October 4, 2022, in violation of a standard condition. |

I incorporate by reference the information contained in the attached memorandum.

United States Probation Officer Recommendation:

☒ The term of supervision should be
   ☒ revoked.
   ☐ extended for ___ years, for a total term of ___ years.
☐ The conditions of supervision should be modified as follows:

☒ Detention pending final adjudication due to
   ☒ risk of flight.
   ☒ danger to community.

The Honorable John C. Coughenour, United States District Judge   Page 2
Supplemental Violation   October 6, 2022

| | |
|---|---|
| I swear under penalty of perjury that the foregoing is true and correct. | APPROVED:<br>Monique D. Neal<br>Chief United States Probation and Pretrial Services Officer |
| Executed on this 6th day of October, 2022.<br>*[signature]*<br>Andrea G. Porter<br>United States Probation Officer | BY:<br>*[signature]*<br>Jennifer Van Flandern<br>Supervising United States Probation Officer |

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

☐ The Issuance of a Warrant under seal
  (conditions of supervision shall remain in effect pending final adjudication)
☐ The Issuance of a Summons
  (conditions of supervision shall remain in effect pending final adjudication)
☒ To incorporate the violation(s) contained in this petition in all future proceedings with the violation(s) previously reported to the court
☐ Other

*[signature: John C Coughenour]*

Signature of Judicial Officer
11/8/22
Date