PROB 12C AH
(05/21)

# UNITED STATES DISTRICT COURT
for
## Western District of Washington

### Petition for Warrant or Summons for Person Under Supervision

**Name:** Isaiah Thomas Willoughby      **Case Number:** 2:20CR00111JCC-001

**Name of Judicial Officer:** The Honorable John C. Coughenour, United States District Judge

**Date of Original Sentence:** 10/05/2021      **Date of Report:** 04/15/2023

**Original Offense:** Conspiracy to Commit Arson

**Original Sentence:** 24 months' imprisonment; 3 years' supervised release

**Type of Supervision:** Supervised Release      **Date Supervision Commenced:** 03/03/2023

**Assistant United States Attorney:** Todd Greenberg      **Defense Attorney:** Dennis Carroll

**Special Conditions Imposed:**

☒ Substance Abuse      ☒ Financial Disclosure      ☒ Restitution: $500

☒ Mental Health      ☐ Fine      ☒ Community Service 40 hours

☒ Other: Do not frequent locations where alcohol is main commodity of sale; Moral Reconation Therapy; submit to search; residential reentry center placement for up to 120 days; 90 days of home detention location monitoring

## PETITIONING THE COURT

☒      To issue a warrant under seal

☐      To issue a summons

I allege Isaiah Thomas Willoughby has violated conditions of supervision by:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Failure to comply with location monitoring program in violation of a special condition of supervised release, by deviating from an approved pass on April 15, 20023. |
| 2. | Failure to successfully participate in a residential reentry center program in violation of a special condition of supervised release by being unsuccessfully terminated on April 15, 2023 |

### Nature of Violation Conduct:

On April 15, 2023, Mr. Willoughby was approved by probation's location monitoring program and the Seattle Residential Reentry Center to leave the facility from 8am to 1pm to donate plasma in Federal Way, Washington. According to reentry center staff, his pass was extended to 1:30pm after he returned to the facility stating he had forgot an item. At 1:36pm, Mr. Willoughby failed to return to the reentry center and staff attempts to reach him were unsuccessful. According to mapping at 1:36pm he was located in Federal Way, Washington on Pacific Highway South travelling in the opposite direction of the residential reentry center. I made multiple attempts to reach him via phone and text to no avail. I also sent several messages to his tracker to "call your officer now" which were not acknowledged. Due to his failure to return to the residential reentry center on time and failed contact attempts by reentry center staff and myself, he has been unsuccessfully terminated from the program as an absconder as of 2:45pm.

Mr. Willoughby has a criminal history that consists of convictions for reckless driving, assault, driving while license suspended, trafficking stolen property, violating a protection order, computer trespassing, cyberstalking, and theft. He is considered a risk of danger because the underlying offense involved him setting fire to the Seattle Police Department's East Precinct building. He is considered a risk of flight because he deviated from an approved community pass and attempts to reach him have been unsuccessful.

United States Probation Officer Recommendation:

☒ The term of supervision should be
     ☒ revoked.
     ☐ extended for ___ years, for a total term of ___ years.

The Honorable John C. Coughenour, United States District Judge                                        Page 2
Petition for Warrant or Summons for Person Under Supervision                                          4/15/2023

☐   The conditions of supervision should be modified as follows:


☒   Detention pending final adjudication due to
    ☒   risk of flight.
    ☒   danger to community.


I swear under penalty of perjury that the                    APPROVED:
foregoing is true and correct.                               Monique D. Neal
                                                             Chief United States Probation and Pretrial Services Officer

Executed on this 15th day of April, 2023.                    BY:


_____                             _____
Timisha Gilbert                                              Patrick E. Robertson
United States Probation Officer                              Supervising United States Probation Officer

---

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

☒   The Issuance of a Warrant under seal
    (conditions of supervision shall remain in effect pending final adjudication)
☐   The Issuance of a Summons
    (conditions of supervision shall remain in effect pending final adjudication)
☐   Other

_____
Signature of Judicial Officer

4/15/2023
Date