PROB 12C-SUP
(05/21)

# UNITED STATES DISTRICT COURT
for
Western District of Washington

## Supplemental Violation

**Name:** Isaiah Thomas Willoughby  **Case Number:** 2:20CR00111JCC-001
**Name of Judicial Officer:** The Honorable John C. Coughenour, United States District Judge
**Date of Original Sentence:** 10/05/2021  **Date of Report:** 06/13/2023
**Original Offense:** Conspiracy to Commit Arson
**Original Sentence:** 24 months in custody; 3 years of supervised release
**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** 03/03/2023
**Assistant United States Attorney:** Todd Greenberg  **Defense Attorney:** Dennis Carroll

**Special Conditions Imposed:**

☒ Substance Abuse   ☒ Financial Disclosure   ☒ Restitution: $ 500 (paid)
☒ Mental Health     ☐ Fine                   ☒ Community Service 40 hours completed
☒ Other: Do not frequent locations where alcohol is the main commodity for sale; participate in Moral Reconation Therapy; submit to search; residential reentry center placement; 90 days of home detention on location monitoring (completed)

## PETITIONING THE COURT

☐ To issue a warrant under seal
☐ To issue a summons
☒ To incorporate the violation(s) contained in this petition in all future proceedings with the violation(s) previously reported to the court on April 15, 2023.

I allege Isaiah Thomas Willoughby has violated conditions of supervision by:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2. | Failure to successfully participate in a residential reentry center program by being terminated on June 8, 2023, in violation of a special condition of supervision. |

I incorporate by reference the information contained in the attached memorandum.

United States Probation Officer Recommendation:

☐ The term of supervision should be
   ☐ revoked.
   ☐ extended for ___ years, for a total term of ___ years.
☐ The conditions of supervision should be modified as follows:

☐ Detention pending final adjudication due to
   ☐ risk of flight.
   ☐ danger to community.
☒ Refer for Moral Reconation Therapy under Current Conditions

The Honorable John C. Coughenour, United States District Judge  Page 2
Supplemental Violation  June 13, 2023

| | |
|---|---|
| I swear under penalty of perjury that the foregoing is true and correct. | APPROVED:<br>Monique D. Neal<br>Chief United States Probation and Pretrial Services Officer |
| Executed on this 13th day of June, 2023. | BY: |
| *Analiese D. Johnson* (signature)<br>Analiese D. Johnson<br>United States Probation Officer | *Nguyen* (signature)<br>Hien Nguyen<br>Supervising United States Probation Officer |

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

☐ The Issuance of a Warrant under seal
   (conditions of supervision shall remain in effect pending final adjudication)
☐ The Issuance of a Summons
   (conditions of supervision shall remain in effect pending final adjudication)
☒ To incorporate the violation(s) contained in this petition in all future proceedings with the violation(s) previously reported to the court
☐ Other

*John C Coughenour* (signature)

Signature of Judicial Officer
6/13/23

Date

**Select Warrant if needed.**