PROB 12C-SUM

(05/21)

# UNITED STATES DISTRICT COURT
### for
### Western District of Washington

## Petition for Warrant or Summons for Person Under Supervision

**Name:**   Isaiah Thomas Willoughby  **Case Number:** 2:20CR00111-1

**Name of Judicial Officer:**  The Honorable John C. Coughenour, United States District Judge

**Date of Original Sentence:**   10/05/2021  **Date of Report:** 09/20/2023

**Original Offense:**   Conspiracy to Commit Arson

**Original Sentence:**   24 months' imprisonment and 36 months' supervised release

**Type of Supervision:**  Supervised Release  **Date Supervision Commenced:** 03/29/2022

**Date Supervision Expires:** 10/02/2025

**Assistant United States Attorney:**  Todd Greenberg  **Defense Attorney:** Dennis Carroll

**Special Conditions Imposed:**

☒ Substance Abuse      ☒ Financial Disclosure      ☒ Restitution: $500

☒ Mental Health      ☐ Fine      ☒ Community Service  40 hours

☒ Other: Moral Reconation Therapy; stay out of taverns/bars; maintain single checking account, submit to searches.

## PETITIONING THE COURT

☐     To issue a warrant under seal

☒     To issue a summons

I allege Isaiah Thomas Willoughby has violated conditions of supervision by:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Failing to submit to drug testing on the following dates in violation of a mandatory condition:<br>• July 25, 2022<br>• August 16, 2022 |
| 2. | Failing to participate in substance use disorder treatment as instructed since June 3, 2023, in violation of a special condition. |
| 3. | Failing to participate in Moral Reconation Therapy as instructed since August 9, 2023, in violation of a special condition. |
| 4. | Failing to report and reside at an approved residence since on or after July 12, 2023, in violation of a standard condition. |
| 5. | Failing to allow the probation officer to visit him at his home, since on or after July 12, 2023, in violation of a standard condition of supervision. |
| 6. | Failing to report to the probation office as directed, on or about September 15, 2023, in violation of a standard condition. |

I incorporate by reference the information contained in the attached memorandum.

The Honorable John C. Coughenour, United States District Judge                    Page 2
Petition for Warrant or Summons for Person Under Supervision              September 20, 2023

United States Probation Officer Recommendation:

☒ The term of supervision should be
    ☒ revoked.
    ☐ extended for ___ years, for a total term of ___ years.
☐ The conditions of supervision should be modified as follows:


☒ Detention pending final adjudication due to
    ☒ risk of flight.
    ☐ danger to community.




I swear under penalty of perjury that the          APPROVED:
foregoing is true and correct.                     Monique D. Neal
                                                   Chief United States Probation and Pretrial Services Officer

Executed on this 20th day of September, 2023.      BY:



_____                   _____
Daniel L. Acker                                    Hien Nguyen
United States Probation Officer                    Supervising United States Probation Officer

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**
☐ The Issuance of a Warrant under seal
    (conditions of supervision shall remain in effect pending final adjudication)
☒ The Issuance of a Summons
    (conditions of supervision shall remain in effect pending final adjudication)
☐ Other


_____
Signature of Judicial Officer
9/20/23
Date