PROB 12C-SUP
 (05/21)

# UNITED STATES DISTRICT COURT
for
## Western District of Washington

### Supplemental Violation

**Name:**          Isaiah Thomas Willoughby                              **Case Number:** 2:20CR00111JCC-001
**Name of Judicial Officer:**   The Honorable John C. Coughenour, United States District Judge
**Date of Original Sentence:**    10/05/2021                              **Date of Report:** 11/08/2023
**Original Offense:**      Conspiracy to Commit Arson
**Original Sentence:**     24 months' imprisonment; 3 years' supervised release
**Type of Supervision:**   Supervised release                **Date Supervision Commenced:** 03/29/2022
**Assistant United States Attorney:**    Todd Greenberg              **Defense Attorney:** Dennis Carroll
**Special Conditions Imposed:**

☒ Substance Abuse             ☐ Financial Disclosure          ☒ Restitution: $500
☒ Mental Health               ☐ Fine waived                   ☒ Community Service 40 hours
☒ Other: Moral Reconation Therapy, submit to search

## PETITIONING THE COURT

☐          To issue a warrant under seal
☐          To issue a summons
☒          To incorporate the violation(s) contained in this petition in all future proceedings with the violation(s) previously reported to the court on September 20, 2023.

I allege Isaiah Thomas Willoughby has violated conditions of supervision by:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7. | Using alcohol on or about October 23, 2023, in violation of a special condition. |
| 8. | Failing to submit to drug testing on the following dates in violation of a mandatory condition: |

- September 22, 2023
- October 4, 2023
- October 19, 2023
- November 6, 2023

I incorporate by reference the information contained in the attached memorandum.

United States Probation Officer Recommendation:

☐ The term of supervision should be
   ☐ revoked.
   ☐ extended for ___ years, for a total term of ___ years.
☐ The conditions of supervision should be modified as follows:


☐ Detention pending final adjudication due to
   ☐ risk of flight.
   ☐ danger to community.

The Honorable John C. Coughenour, United States District Judge                    Page 2
Supplemental Violation                                                   November 8, 2023

I swear under penalty of perjury that the                    APPROVED:
foregoing is true and correct.                               Monique D. Neal
                                                             Chief United States Probation and Pretrial Services Officer

Executed on this 8th day of November, 2023.                  BY:

_____                            _____
Daniel L. Acker                                              Hien Nguyen
United States Probation Officer                              Supervising United States Probation Officer

---

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

☐   The Issuance of a Warrant under seal
     (conditions of supervision shall remain in effect pending final adjudication)
☐   The Issuance of a Summons
     (conditions of supervision shall remain in effect pending final adjudication)
☒   To incorporate the violation(s) contained in this petition in all future proceedings with the violation(s)
     previously reported to the court
☐   Other

_____
Signature of Judicial Officer
11/9/2023

_____
Date